# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JOHN T. LONGFELLOW a/k/a TERRY MOORE, | * * * | |
| Plaintiff, | * * | CIVIL ACTION NO.: 2:20-cv-142 |
| v. | * * | |
| THE DEPARTMENT OF VETERAN AFFAIRS (COLUMBIA HUB) FIDUCIARY INTAKE DEPARTMENT, et al., | * * * * | |
| Defendants. | * | |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 3. Plaintiff did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this Court's directive, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES**

AO 72A
(Rev. 8/82)

Plaintiff *in forma pauperis* status on appeal.

SO ORDERED, this __23__ day of __February__, 2021.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　HON. LISA GODBEY WOOD, JUDGE
　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)