AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOHN T. LONGFELLOW a/k/a TERRY MOORE,

        Plaintiff,

        V.

THE DEPARTMENT OF VERTERAN AFFAIRS (COLUMBIA HUB) FIDUCIARY INTAKE DEPARTMENT, et al.,

        Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV220-142

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that in accordance with the Order of the Court entered this 24th day of February 2021, the Magistrate Judge's Report and Recommendation is ADOPTED as the Order of the Court.

Therefore, Plaintiff's Complaint is DISMISSED without prejudice, and Plaintiff is DENIED in forma pauperis status on appeal. This case stands CLOSED.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

_Febry 24, 2021_
_Date_

John E. Triplett, Acting Clerk
_Clerk_

_(By) Deputy Clerk_

GAS Rev 10/2020